E-filing


RECEIVED
2010 NOV -5 P 12:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTER-IKEA SYSTEMS B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY STAR TRADING CO., INC.,<br><br>Defendant. | Case No. CV 10 4824 BZ<br><br>(Proposed)<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Robert A. Becker, whose business address and telephone number is 866 United Nations Plaza, New York, New York 10017, (212) 813-5900, and who is an active member in good standing of the bars of United States District Courts for the Southern and Eastern Districts of New York, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, Inter-IKEA Systems B.V.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/10/2010          By: _____
                               United States Magistrate Judge
                               Bernard Zimmerman

Propose Order Granting Application for Admission of Attorney *Pro Hac Vice*; CV 10 4824 BZ