1  Noel M. Cook (SBN 122777)
     ncook@owe.com
2  Kathleen E. Letourneau (SBN 244747)
     kel@owe.com
3  OWEN, WICKERSHAM & ERICKSON, P.C.
   455 Market Street, Suite 1910
4  San Francisco, California 94105
   (415) 882-3200 (phone)
5  (415) 882-3232 (fax)

6  Richard Z. Lehv (*Pro Hac Vice*)
     rlehv@fzlz.com
7  Robert A. Becker (*Pro Hac Vice*)
     rbecker@fzlz.com
8  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   866 United Nations Plaza
9  New York, New York 10017
   (212) 813-5900 (phone)
10 (212) 813-5901 (fax)

11 *Counsel for Plaintiff Inter-IKEA Systems B.V.*

12 Ming Ji (SBN 256696)
     mji@vigorlaw.com
13 VIGOR LAW GROUP
   777 North First Street, Suite 415
14 San Jose, CA 95112
   (408) 283-9299 (phone)
15 (408) 283-9399 (fax)

16
   *Counsel for Defendant City Star Trading Co., Inc.*
17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTER-IKEA SYSTEMS B.V., <br><br> Plaintiff, <br><br> v. <br><br> CITY STAR TRADING CO., INC., <br><br> Defendant. | Case No. CV 10-4824 BZ <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MEET AND CONFER DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE |

Counsel for Plaintiff Inter-Kea Systems B.V. ("Plaintiff") and Defendant City Star Trading Co., Inc. ("Defendant") respectfully submit this stipulation requesting an extension of time for the meet and confer deadline and other dates as follows:

WHEREAS, pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Court's Order"), the last day to meet and confer and file ADR Certification is Monday, April 11, 2011.

WHEREAS, pursuant to the Court's Order, the Parties' Rule 26(f) Reports, initial disclosures and Case Management Statements are due on Monday, April 25, 2011;

WHEREAS, pursuant to the Court's Order, an Initial Case Management Conference is scheduled for Monday, May 2, 2011;

WHEREAS, Plaintiff and Defendant have reached a settlement and are in the process of preparing settlement papers, that will include the filing of a voluntary dismissal with each side to bear its own fees and costs;

WHEREAS, Plaintiff and Defendant require more time in which to prepare their Settlement Agreement;

WHEREAS, this is the first such extension; and

WHEREAS, this Stipulation is not intended for the purpose of delay.

NOW, THEREFORE, by and through their counsel, the undersigned Parties hereby stipulate and request the Court to order as follows:

1. The meet and confer deadline and ADR Certification deadline currently scheduled for April 11, 2011 be extended for one month to **May 9, 2011**, so that Plaintiff and Defendant may prepare their final Settlement Agreement and Stipulation of Dismissal.

2. The Case Management Conference currently scheduled for May 2, 2011 at 4:00 p.m. be continued to **June 6, 2011 at 4:00 p.m.**, or to a date and time thereafter that is convenient to the Court, so that Plaintiff and Defendant may prepare their final Settlement Agreement and

| | | |
|---|---|---|
| 1 | Stipulation of Dismissal. This continuance also alters the current deadline to file the Joint Case | |
| 2 | Management Conference Statement from April 25, 2011 to **May 30, 2011**. | |
| 3 | IT IS SO STIPULATED. | |
| 4 | Dated: April 7, 2011 | By: *[signature]* |
| 5 | | Noel M. Cook (SBN 122777) |
| | | ncook@owe.com |
| 6 | | Kathleen E. Letourneau (SBN 244747) |
| | | kel@owe.com |
| 7 | | Robert A. Becker (*Pro Hac Vice*) |
| | | rbecker@fzlz.com |
| 8 | | Richard Z. Lehv (*Pro Hac Vice*) |
| | | rlehv@fzlz.com |
| 9 | | OWEN, WICKERSHAM & ERICKSON, P.C. |
| 10 | | 455 Market Street, Suite 1910 |
| | | San Francisco, California 94105 |
| 11 | | (415) 882-3200 (phone) |
| | | (415) 882-3232 (fax) |
| 12 | | |
| 13 | | *Counsel for Plaintiff Inter-IKEA Systems B.V.* |
| 14 | | |
| 15 | Dated: April 7, 2011 | By: *[signature]* |
| | | Ming Ji (SBN 256696) |
| 16 | | mji@vigorlaw.com |
| | | VIGOR LAW GROUP |
| 17 | | 777 North First Street, Suite 415 |
| | | San Jose, CA 95112 |
| 18 | | (408) 283-9299 (phone) |
| | | (408) 283-9399 (fax) |
| 19 | | |
| 20 | | *Counsel for Defendant City Star Trading Co., Inc.* |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE    Page 3

[PROPOSED] ORDER

Pursuant to the Stipulation above, it is hereby Ordered that the Initial Case Management Conference set for May 2, 2011 shall be continued until June 28 at 4pm, 2011 and the Joint Case Management Conference Statement shall be due on or before June 21, 2011.

IT IS SO ORDERED.

Dated: 8 Apr 19, 2011

UNITED STATES MAGISTRATE JUDGE
BERNARD ZIMMERMAN