```
 1  Noel M. Cook (SBN 122777)
       ncook@owe.com
 2  Kathleen E. Letourneau (SBN 244747)
       kel@owe.com
 3  OWEN, WICKERSHAM & ERICKSON, P.C.
    455 Market Street, Suite 1910
 4  San Francisco, California 94105
    (415) 882-3200 (phone)
 5  (415) 882-3232 (fax)

 6  Richard Z. Lehv (Pro Hac Vice)
       rlehv@fzlz.com
 7  Robert A. Becker (Pro Hac Vice)
       rbecker@fzlz.com
 8  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
    866 United Nations Plaza
 9  New York, New York 10017
    (212) 813-5900 (phone)
10  (212) 813-5901 (fax)

11  Counsel for Plaintiff Inter-IKEA Systems B.V.

12  Ming Ji (SBN 256696)
       mji@vigorlaw.com
13  VIGOR LAW GROUP
    777 North First Street, Suite 415
14  San Jose, CA 95112
    (408) 283-9299 (phone)
15  (408) 283-9399 (fax)

16
    Counsel for Defendant City Star Trading Co., Inc.
17
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTER-IKEA SYSTEMS B.V.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY STAR TRADING CO., INC.,<br><br>　　　　　Defendant. | Case No. CV 10-4824 BZ<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL OF ACTION**<br>**WITHOUT PREJUDICE**<br><br>**FRCP Rule 41** |

　　　　IT IS HEREBY STIPULATED, by and between the parties to this action, pursuant to their Confidential Settlement Agreement and Release, through their attorneys of record, that the entire action herein against Defendant City Star Trading Co., Inc. be dismissed without prejudice

1 | to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees
2 | and costs.

3 | Dated: April 15, 2011            By: /s/ Kathleen Letourneau
4 | Robert A. Becker (*Pro Hac Vice*)
    rbecker@fzlz.com
5 | Richard Z. Lehv (*Pro Hac Vice*)
    rlehv@fzlz.com
6 | Noel M. Cook (SBN 122777)
    ncook@owe.com
7 | Kathleen E. Letourneau (SBN 244747)
    kel@owe.com
8 | OWEN, WICKERSHAM & ERICKSON, P.C.
    455 Market Street, Suite 1910
9 | San Francisco, California 94105
    (415) 882-3200 (phone)
10 | (415) 882-3232 (fax)

11 | *Counsel for Plaintiff Inter-IKEA Systems B.V.*

12 | Dated: April 8, 2011
13 |

14 |
15 |                                    By: /s/ Ming Ji
     Ming Ji (SBN 256696)
16 |    mji@vigorlaw.com
     VIGOR LAW GROUP
17 | 777 North First Street, Suite 415
     San Jose, CA 95112
18 | (408) 283-9299 (phone)
     (408) 283-9399 (fax)
19 |
20 | *Counsel for Defendant City Star Trading Co., Inc.*

STIPULATION TO DISMISS COMPLAINT                                                          Page 2

## [PROPOSED] ORDER

Pursuant to stipulation of the parties and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the entire action herein be, and hereby is, DISMISSED WITHOUT PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated: __April 18__, 2011

_____
UNITED STATES MAGISTRATE JUDGE
BERNARD ZIMMERMAN